In the Matter of JACK GOLDSTEIN et al., Appellants, against JOSEPH A. McNAMARA et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Respondents.

Argued March 12, 1952; decided April 17, 1952.

*Leopold V. Rossi* for appellants.

*Denis M. Hurley, Corporation Counsel* (*Andrew Bellanca* and *Seymour B. Quel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.